# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JEREMY WAYNE McCLARD                                                              PETITIONER
ADC #652338

V.                                    NO. 5:13CV00315 KGB/JTR

RAY HOBBS, Director,                                                              RESPONDENT
Arkansas Department of Correction

## ORDER

Respondent has filed a Response arguing that Petitioner's 28 U.S.C. § 2254 habeas claims are: (1) procedurally defaulted due to Petitioner's failure to properly raise them in state court; (2) are without merit; or (3) were reasonably adjudicated by the state courts. *Doc. #16*. A Reply to the Response would be helpful to resolution of this action.

IT IS THEREFORE ORDERED THAT Petitioner is directed to file, **on or before February 3, 2014,** a Reply addressing the arguments for dismissal raised in the Response.

DATED THIS 2nd DAY OF January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE