# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JEREMY WAYNE McCLARD                                    PETITIONER
ADC #652338

V.                    NO. 5:13CV00315 KGB/JTR

RAY HOBBS, Director,                                          RESPONDENT
Arkansas Department of Correction

## ORDER

Pending in this 28 U.S.C. § 2254 habeas action is Petitioner's Motion for Reconsideration of the Court's denial of appointed counsel. *Doc. #13*. For the reasons stated in the Court's November 12, 2013 Order, *Doc. #6*, Petitioner's Motion for Reconsideration is DENIED.

DATED THIS 7th DAY OF February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

1