IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JEREMY WAYNE MCCLARD**
**ADC #652338**                                                                                      **PLAINTIFF**

v.                            Case No. 5:13-cv-315 KGB

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                             **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date the Court dismisses with prejudice plaintiff Jeremy McClard's petition for writ of *habeas corpus* under 28 U.S.C. § 2254 (Dkt. No. 2). The Court denies a certificate of appealability pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts.

SO ORDERED this 24th day of November, 2015.

_____
Kristine G. Baker
United States District Judge